```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                         :    13 Cr.

KURTIS PETERSON, and               :    13 CRIM 563
RUBEN PIZZARO,
  a/k/a "Chulo,"                   :

            Defendants.            :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 25 2013

COUNT ONE

The Grand Jury charges:

1. On or about October 12, 2012, in the Southern District of New York, KURTIS PETERSON and RUBEN PIZZARO, a/k/a "Chulo," the defendants, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PETERSON and PIZZARO committed an armed robbery of a commercial livery cab, which operated for a commercial livery cab service called Apollo Car Service, in the vicinity of Washington Avenue and 181st and 182nd Streets, in the Bronx, New York, which service was engaged in interstate commerce.

(Title 18, United States Code, Sections 1951 and 2.)

**JUDGE DANIELS**

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, KURTIS PETERSON and RUBEN PIZARRO, a/k/a "Chulo," the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of this Indictment.

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code,

Section 853(p), and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 18, United States Code, Section 981, Title 21, United
States Code, Section 853, and Title 28, United States Code,
Section 2461.)

_____
FOREPERSON

_____
PREET BHARARA  RK
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

KURTIZ PETERSON, and
RUBEN PIZZARO,
a/k/a "Chulo,"

Defendants.

---

INDICTMENT

13 Cr.

(18 U.S.C. §§ 1951 and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

7/25/13 - Filed Indictment
dc.   case assigned to Judge Daniels
              Judge Gorenstein
              USMJ.