## THE LAW OFFICES OF SEAN M. MAHER, PLLC



November 12, 2014

VIA FACSIMILE
(212) 805-6737

**SO ORDERED**
The plea is scheduled for
December 18, 2014 at 10:00 a.m.

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

HON. GEORGE B. DANIELS

RE: United States v. Kurtis Peterson (Ruben Pizzaro), 13 Cr. 563 (GBD)

Dear Judge Daniels:

On behalf of the defendant, Mr. Ruben Pizarro, I respectfully write to request that the pretrial motions oral argument scheduled for November 13, 2014 be adjourned and that the Court schedule a conference for a change of plea. It is my understanding that December 18, 2014 is a date that is available on the Court's calendar. The defense waives any time under the Speedy Trial Act for an adjournment through December 18, 2014.

I have communicated my request to the government and AUSA Kan Nawaday has informed me that the government consents to the defense's adjournment request and in the interim will be drawing up the necessary plea paperwork.

Respectfully submitted,

Sean M. Maher
Counsel for Ruben Pizzaro

cc: AUSA Kan Nawaday & Negar Tekeei (via email)