**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

RUBEN PIZZARO,

                 Defendant.

------------------------------------x

ORDER

13 Cr. 563-02 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 16 2015

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for January 21, 2015 is rescheduled to begin at 12:45 PM.

Dated: New York, New York
      January 16, 2015

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge