

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

June 10, 2015

<u>By Hand and ECF</u>

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *United States* v. *Kurtis Peterson, et al.*
              (Ruben Pizzaro)
              S1 13 Cr. 563 (GBD)

Dear Judge Daniels:

        The Government respectfully submits this letter concerning the above-referenced superseding Indictment.  On June 9, 2015, the Grand Jury returned the S1 Indictment, which, in sum and substance, added a Hobbs Act conspiracy charge and removed one of the defendants. Defense counsel has informed the Government that he is unavailable for the defendant's arraignment on the S1 indictment until June 22, 2015.  Accordingly, the parties jointly request that the defendant be arraigned at the final pretrial conference, currently scheduled for June 23, 2015.

        In addition, the Government moves, pursuant to Title 18, Untied States Code, Section 3161(h)(7)(A), to exclude time from the Speedy Trial clock, from June 10, 2015, until the final pretrial conference on June 23, 2015, in light of defense counsel's unavailability until that date, and in order to allow the parties to consider what, if any, motions *in limine* to file, to continue discussions concerning stipulations and other pre-trial agreements, and to prepare for

trial.  Defense counsel consents to the Government's motion.  A proposed order excluding time is enclosed for the Court's convenience.

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: /s/ Shawn G. Crowley
    Kan M. Nawaday / Shawn Crowley
    Assistant United States Attorneys
    (212) 637-2311 / 1034

CC:  Sean Maher
*Attorney for defendant Ruben Pizzaro*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

              - v. -            :

RUBEN PIZZARO,                  :

              Defendant.        :
- - - - - - - - - - - - - - - x

**ORDER**

S1 13 Cr. 563 (GBD)

      WHEREAS, a Superseding Indictment was filed on June 9, 2015;

      WHEREAS, the defendant agrees to arraignment on the Superseding Indictment on June 23, 2015;

      WHEREAS, trial is currently scheduled for July 7, 2015;

      WHEREAS, the parties are currently considering what, if any, motions *in limine* they will file and preparing for trial;

      WHEREAS, the Government, with the consent of the defendant, moves to exclude time for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 10, 2015 and June 23, 2015;

IT IS HEREBY ORDERED that time is excluded for purposes of the Speedy Trial Act between June 10, 2015 and June 23, 2015.

SO ORDERED:

Dated:    New York, New York
          _____, 2015

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE